PER1 curiam.
 

 An appeal from an inferior conrt of admiralty,. takes the cause from that court, and such court can no longer act in it s But it still retains power to take care of the goods. seized, which are the subject of- the suit
 
 ;
 
 and to that end it may order a sale of such goods as are likely to perish. What raised the greatest doubt with us tras the uncertainty whether the goods in question were sold by order of the court.The proceedings chew that nicer the appeal, the now plaintiff was order,e-d to pay for salvage,, one third in value of tlie property by a certain day, or otherwise an order of sale should issue. Then it appears that the counsel for the claimant procured a postponement of the sale till the 4*Ji of February. It appears also, by a deposition of the Marshal, that he sold by order of the court- And it appears by ocher d¡c-~
 
 *292
 
 positions thtfí íhü papers of this cov,;f cr- lapt re: 7 Go (,n dips of paper, which were oí ten ‘A-flec-V'*d funn 0i<* MG •, ;-,s applied for !>v ÍHíUvicíuab. From all:]••• .> .• :h ..masf ni
 
 i-n
 
 "■•. ; L..v n concluded tbit the cvidauco in in favo» of rh.: order c7 sale. Then if the court ordered a r.slo, thore who pwcfc.w.- d unci'.r't should be protected; and the defendants
 
 &) t-
 
 iGme >.tr* ¿If w j • . ,uc(l. that a’l the world rre y-M-s o, pdse cause in tb,-- ¡'dmn'.akY ; r>.ml ere a.G".art:! by » do no hi <::e lidíate cou.) t. This should be unbfTrtuod wifh sovae rt rtt
 
 n vr.->\
 
 Upon the publication made oi the act. depending, in t! a: all persons Intt-reoted may come in and defend, all p< .na r.-
 
 %
 
 L'&urnl
 
 b 1
 
 Te decree prouooMci.d upon the point thin in . , \ .:>?,y» T 1 re ir, no c ;nusua.í:,7 betw< <-n ii,c Id ■ !l • ¡ r dbs.-u.i.r ; ,:
 
 -j
 
 Jvo-e v, ho afterwards b< canv hiferesu’d by a ;.\l-d:?.res und.-r crtitir. and pi'c-cv due •; of thi court ¡0 :•;•• .•■ teir.'eerj the libellant «snd claimants, Guch intervenim; perecí
 
 ~
 
 ore "jot b itiKil by a deerr e m-'rle 5b:: libfU.-u:!1: a.sd irsauts In tb-.- ¡■ppilmr court. The d-dundants are enTi. d to r taio the property ?hey have pnri.hf.eed, :.J though ;Su; dccrcu or ths appellate ,uüi i declared
 
 to
 
 belong to the claimant»